AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

ALL CELLULAR TELEPHONES, ELECTRONIC DEVICES, PORTABLE STORAGE DEVICES, AND EQUIPMENT LISTED IN ATTACHMENT A, WHICH ARE CURRENTLY IN THE POSSESSION OF THE FEDERAL BUREAU OF INVESTIGATION, WITHIN THE EASTERN DISTRICT OF TENNESSEE.

Case No. 3:16-MJ-1041

FILED
FEB 14 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Tennessee

*(identify the person or describe the property to be searched and give its location)*: ALL CELLULAR TELEPHONES, ELECTRONIC DEVICES, PORTABLE STORAGE DEVICES, AND EQUIPMENT LISTED IN ATTACHMENT A, WHICH ARE CURRENTLY IN THE POSSESSION OF THE FEDERAL BUREAU OF INVESTIGATION, WITHIN THE EASTERN DISTRICT OF TENNESSEE.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before May 12, 2016
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge C. Clifford Shirley, Jr.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/28/16 2:41 pm
*Judge's signature*

City and state: Knoxville, Tennessee
C. Clifford Shirley, Jr., U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:16-MJ-1041 | Date and time warrant executed: 05/05/2016 0900 | Copy of warrant and inventory left with: defendant's attorney at discovery |

Inventory made in the presence of:
N/A - inventory already in possession of the FBI at time of execution as noted.

Inventory of the property taken and name of any person(s) seized:

Digital Evidence was retrieved from items listed in Attachment's A, B, + C relevant to the investigation and authorized within the scope of the search warrant affidavit. Evidence included digital files, photos, phone logs, messages, and recordings found within the numerous listed devices.

FILED
FEB 14 2019
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/14/2019

*Executing officer's signature*

Kristina L. Norris   Special Agent
*Printed name and title*